UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE BAKKER, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WADE OSBORNE, an individual, CAPAX MANAGEMENT & INSURANCE SERVICES, a California Corporation, OOI, INC., a California Corporation, and DOES 1 TO 50,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. 1:07-CV-00543-AWI-SMS<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT CAPAX MANAGEMENT & INSURANCE SERVICES** |

　　　Plaintiff has filed a Notice of Voluntary Dismissal as to Defendant CAPAX MANAGEMENT & INSURANCE SERVICES only.  Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995).  The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); Concha, 62 F.2d at 1506.

**ORDER OF DISMISSAL**

1 No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been served. Because Plaintiff has exercised his right to voluntarily dismiss the complaint under Rule 41(a)(1), IT IS ORDERED that Defendant CAPAX MANAGEMENT & INSURANCE SERVICES is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   June 18, 2007**          /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE