IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE BAKKER, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>WADE OSBORN, et al.,<br><br>        Defendants. | 1:07-CV-0543 AWI SMS<br><br>ORDER DENYING PENDING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE TO RE-NOTICING MOTION<br><br>ORDER VACATING SEPTEMBER 8, 2008 HEARING<br><br>(Document #18) |

In this action, Defendants filed a motion for summary judgment, and this motion was set for hearing to be held on September 8, 2008. On August 19, 2008, Plaintiff filed a notice stating that this action has settled. The notices states that the parties are in the process of finalizing the settlement and they will file a request to dismiss this action no later than October 15, 2008.

In light of the parties' settlement, the court ORDERS that:

    1.     Defendants' motion for summary judgment is DENIED without prejudice to Defendants re-noticing this motion if the settlement is not finalized;

    2.     The September 8, 2008 hearing date is VACATED; and

    3.     The parties are ORDERED to file either a stipulated dismissal of this action or a status report by October 15, 2008.

IT IS SO ORDERED.

Dated:    September 2, 2008           /s/ Anthony W. Ishii
                                                   CHIEF UNITED STATES DISTRICT JUDGE